UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMER FAROUQ ADIB KAMAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 C 4840 |
| v. ) | |
| ) | |
| MICHAEL B. MUKASEY, Attorney General ) | Judge Aspen |
| of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **STIPULATION OF DISMISSAL**

Plaintiff Amer Farouq Adib Kamal, by her attorney Scott D. Pollock, and the defendants, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby stipulate to the dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party will bear its own costs and fees.

_____
For plaintiff Amer Kamal

SCOTT D. POLLOCK
Scott D. Pollack & Associates, P.C.
105 West Madison Street, Suite 2200
Chicago, Illinois 60602
(312) 444-1940
spollock @ lawfirm1.com

For the defendants

PATRICK J. FITZGERALD
United States Attorney

By: _____
JAMES M. KUHN, SR.
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1877
james.kuhn @ usdoj.gov